**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**STEPHANIE LEON**, an individual;

Plaintiff,

v.

**FIRST CAROLINA BANK; AND DOES 1 TO 50,** inclusive;

Defendants.

CASE NO. 2:26-CV-03871-SVW-MBK

**~~[PROPOSED]~~ ORDER DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT FIRST CAROLINA BANK**

Pursuant to the JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO DEFENDANT FIRST CAROLINA BANK ONLY filed by Plaintiff Stephanie Leon and Defendant FIRST CAROLINA BANK, **it is hereby ordered that Plaintiff's claims are DISMISSED WITH PREJUDICE as to Defendant FIRST CAROLINA BANK.** Each party to bear its own costs.

DATED: November 6, 2026 BY: ______________________

HON. STEPHEN V. WILSON
United States District Court Judge